**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jomela Islam, | ) | |
|       Petitioner, | ) | No. CV-11-0515-PHX-PGR |
| vs. | ) | |
| Katrina Kane, | ) | ORDER |
|       Respondent. | ) | |

In her Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody, the petitioner sought her release from federal immigration detention on the ground that her prolonged detention since the order removing her to Bangladesh became final violated Zadvydas v. Davis, 533 U.S. 678 (2001). On September 20, 2011, the Court accepted the Magistrate Judge's Report and Recommendation and determined that the petitioner's habeas petition would be granted and that the respondent would be ordered to release the petitioner from custody unless the respondent effectuated the petitioner's removal from the United States by October 31, 2011. On October 4, 2011, the respondent filed a Notice to the Court and Suggestion of Mootness (Doc. 13), wherein she stated that the petitioner had been deported on September 28, 2011. On October

8, 2011, the petitioner, through counsel, filed a Motion to Withdraw Petition for Writ of Habeas Corpus (Doc. 14), wherein she acknowledged that her petition was moot because she had been removed to Bangladesh on September 28, 2011. Therefore,

IT IS ORDERED that petitioner Jomela Islam's Motion to Withdraw Petition for Writ of Habeas Corpus (Doc. 14) is granted. The Clerk of the Court shall terminate this action.

DATED this 8th day of November, 2011.

Paul G. Rosenblatt
United States District Judge